## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 09-10165 SEK |
|---|---|
| RENE ROMAN MOJICA<br>MONSERRATE GARCIA RIVERA | CHAPTER 13 |
| DEBTOR(S) | |

# POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. Debtor(s) intend to amend the Chapter 13 Plan for the following reason:

   *TO PROVIDE FOR PRE POST PETITION ARREARS WITH BANCO POPULAR OF PR.*

**WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

**IN SAN JUAN, PUERTO RICO**, this 5TH day of May of 2010.

**I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United State Trustee, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

> **JPC LAW OFFICE**
> Jose M Prieto Carballo, Esq.
> P.O. Box 363565
> San Juan, P.R. 00936-3565
> Tel (787) 607-2066
> Tel (787) 607-2166
> jpc@jpclawpr.com
>
> By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                                                    Case No. 09-10165-13

ROMAN MOJICA, RENE & GARCIA RIVERA, MONSERRATE                    Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: 5/05/2010
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 425.00 x 2 = $ 850.00
$ 420.00 x 58 = $ 24,360.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 25,210.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 25,210.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,774.00

Signed: /s/ RENE ROMAN MOJICA
          Debtor

          /s/ MONSERRATE GARCIA RIVERA
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR       Cr. _____       Cr. _____
# 0710100100000001671750   # _____   # _____
$ 210.57     $ _____     $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
AEELA
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
ADM SISTEMA RETIRO     BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
ATTORNEY FEES TO BE PAID FIRST.

ANY TAX REFUND RECIEVED DURING THE LIFE OF THE PLAN SHALL BE SURRENDER TO TRUSTEE TO FUND THE PLAN, WITHOUT THE NEED FOR A POST CONFIRMATION MODIFICATION.

Attorney for Debtor Jose Prieto                                  Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 09-10165-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Wed May  5 12:23:03 AST 2010 | BANCO POPULAR PR<br>WALLACE VAZQUEZ SANABRIA ESQ<br>17 MEXICO STREET   SUITE D-1<br>SAN JUAN, PR 00917-2202 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ADM SISTEMA RETIRO<br>P O BOX 42003<br>SAN JUAN, PR 00940-2203 | AEELA<br>P O BOX 364508<br>SAN JUAN, PR 00936-4508 |
| BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | CITIFINANCIAL PLUS<br>P O BOX 1093<br>CAGUAS, PR 00726-1093 |
| FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE<br>BANK OF AMERICA NA AND MBNA AMERICA BANK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | FIRST BANK<br>FIA CARD SERVICES<br>P O BOX 15019<br>WILMINGTON, DE  19886-5019 | FIRST BANK OF PR<br>P O BOX 19327<br>SAN JUAN, PR 00910-1327 |
| FIRSTBANK OF PUERTO RICO<br>BANKRUPTCY DIVISION<br>P.O. BOX 9146<br>SAN JUAN, P.R.   00908-0146 | GE Consumer Finance<br>For GE Money Bank<br>dba PEP BOYS/CAR CARE ONE/GEMB<br>PO Box 960061<br>Orlando FL 32896-0061 | PEP BOYS<br>G E MONEY BANK<br>P O BOX 981127<br>EL PASO, TX  79998-1127 |
| Palisades Collections LLC<br>Vativ Recovery Solutions LLC<br>c/o palisades Collections LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496-9249 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MONSERRATE GARCIA RIVERA<br>429 NOGALES<br>ESTANCIAS DEL BOSQUE<br>CIDRA, PR 00739 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |
| RENE ROMAN MOJICA<br>429 NOGALES<br>ESTANCIAS DEL BOSQUE<br>CIDRA, PR 00739 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |